IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO REYES-BURGADO | : | CIVIL ACTION |
| v. | : | |
| MICHAEL OVERMYER, et al. | : | No. 18-0155 |

FILED
DEC 17 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW this 14th day of ~~October~~ December, 2018, upon careful and independent consideration of the petitioner for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE AS UNTIMELY FILED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
WENDY BEETLESTONE, J.